**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| PENN-AMERICA INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT FITZMAURICE,<br><br>Defendant. | MISC 05-164<br>05 486 T |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Penn-America Insurance Company hereby discloses that its parent corporation, the Penn-America Group, Inc, is publicly held.

Dated: November 22, 2005
Providence, Rhode Island

PENN-AMERICA INSURANCE COMPANY,
By its Attorneys,

Geoffrey W. Millsom
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604

Of counsel:

William F. Burke
ADLER POLLOCK & SHEEHAN P.C.
175 Federal St., 10th Floor
Boston, MA 02110
Tel: (617) 482-0600
Fax: (617) 482-0604

*359513_1.doc*