11-23

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

PENN-AMERICA INSURANCE COMPANY

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 05-486 T

SCOTT FITZMARUICE

TO: (Name and address of defendant)

Scott Fitzmaruice
18 Trowbridge Road
Bourne, MA 02532

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Geoffrey W. Millsom, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE November 22, 2005

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE November 23, 2005 |
|---|---|
| NAME OF SERVER GERARD O'DONNELL JODREY | TITLE Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

______________________________, MASSACHUSETTS

☒ Left copies thereof at the defendant's dwelling or usual place of abode ~~with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:~~

______________________________

Said service was made at: 18 TROWBRIDGE ROAD, BOURNE, MASSACHUSETTS

☐ Other: By handing true and attested copies thereof to ______________________________

Duly Authorized Agent for the within-named ______________________________

Said service was made at:

______________________________, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE $ 78.00 ______ Trips

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on November 23, 2005
Date

[signature]
Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

### ADDITIONAL INFORMATION

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | TOTAL | $ |

DISTRICT OF RHODE ISLAND
DISTRICT COURT

2005 DEC -5 A 11: 42

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

FILED

Suvalle, Jodrey & Associates
Massachusetts Constables since 1925
One Devonshire Place
Boston, MA 02109
Telephone # (617) 720-5733
Fax # (617) 720-5737