**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PENN-AMERICA INSURANCE COMPANY, | : | C.A. No. 05-486 T |
| Plaintiff, | : | |
| v. | : | |
| SCOTT FITZMAURICE, | : | |
| Defendant. | : | |

**STIPULATION FOR EXTENSION OF TIME**

It is hereby stipulated and agreed upon by counsel that Defendant, Scott Fitzmaurice may have up to and including January 16, 2006 to answer or otherwise respond to Plaintiff, Penn-America Insurance Company's Complaint.

PENN-AMERICA INSURANCE COMPANY,
By its Attorneys,

Geoffrey W. Millsom
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604

SCOTT FITZMAURICE
By his Attorney

Joseph S. Larisa, Jr., Esq.
Larisa Law and Consulting, LLC
55 Dorrance Street, Suite 301B
Providence, RI 02903
Tel: (401) 743-4700
Fax: (401) 633-6296

Of counsel:

William F. Burke
ADLER POLLOCK & SHEEHAN P.C.
175 Federal St., 10th Floor
Boston, MA 02110
Tel: (617) 482-0600
Fax: (617) 482-0604

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE: 12/16/05

*364643_1.doc*