**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PENN-AMERICA INSURANCE COMPANY,
Plaintiff,
v.
SCOTT FITZMAURICE,
Defendant.

C.A. No. 05-486 T

FILED DEC 19 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**STIPULATION FOR DISMISSAL**

It is hereby stipulated and agreed upon by counsel that the above matter is dismissed with prejudice, without costs and/or fees.

PENN-AMERICA INSURANCE COMPANY,
By its Attorneys,

Geoffrey W. Millsom, Esq.
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604

SCOTT FITZMAURICE
By his Attorney

Joseph S. Larisa, Jr., Esq.
Larisa Law and Consulting, LLC
55 Dorrance Street, Suite 301B
Providence, RI 02903
Tel: (401) 743-4700
Fax: (401) 633-6296

Of counsel:

William F. Burke
ADLER POLLOCK & SHEEHAN P.C.
175 Federal St., 10th Floor
Boston, MA 02110
Tel: (617) 482-0600
Fax: (617) 482-0604

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE: 1/3/06

*365285_1.doc*